USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___3/2/2026___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                         :

SOCORRO VAZQUEZ,                     :

                      :

          Plaintiff,        :

                      :           25-cv-7356 (LJL)

      -v-               :

                      :             ORDER

TARGET CORPORATION and BRONX TERMINAL  :
MARKET PRESERVATION ASSOCIATION, INC.,  :

                      :

        Defendants.      :

                      :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

As indicated on the record at the initial pretrial conference held today, March 2, 2026, Plaintiff shall file any motion to remand the case to state court by March 16, 2026. Target's response is due March 23, 2026. Plaintiff may reply by March 27, 2026.

The deadline to file an amended complaint and to serve initial disclosures is the later of March 30, 2026, or, if a motion to remand is filed, two weeks after the Court's decision on that motion. By the later of March 23, 2026, or, if a motion to remand is filed, one week after a decision on any such motion, the parties shall also file a revised Case Management Plan. Discovery in this case is stayed.

SO ORDERED.

Dated: March 2, 2026
      New York, New York                _____
                                        LEWIS J. LIMAN
                              United States District Judge